UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROBIN WILLIE TURNER,** <br><br> Plaintiff, <br><br> vs. <br><br> **JASON THURAU, JOHN DUPRAY, DANIEL J. ACCIAVATTI,** and **MARLISA BEAUCHEMIN,** <br><br> Defendants. | 2:20-CV-12010-TGB-DRG <br><br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 36) AND DISMISSING CASE WITH PREJUDICE** |

This matter is before the Court on Magistrate Judge David R. Grand's May 24, 2021 Report and Recommendation (ECF No. 36), recommending that the four pending dispositive motions be granted, and that the case be dismissed with prejudice.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report .

. . to which objection is made." *Id*. Plaintiff Robin Turner, through counsel, was granted an extension until July 6, 2021 to file his objections. ECF No. 39. That deadline has passed.[1]

Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of May 24, 2021, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of May 24, 2021 (ECF No. 36) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the outstanding motions (ECF Nos. 8, 16, 17, and 19) are **GRANTED**, and that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 23rd day of July, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

---

[1] The Court has no way of knowing the reasons that Plaintiff's counsel elected not to file objections after receiving an extension of time. Mr. Turner's claims as presented cannot be addressed in federal court, as the Magistrate Judge correctly found. But if true they would clearly benefit from scrutiny by a trained attorney to determine whether any other remedies may be available to him.