UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROBIN WILLIE TURNER,**<br><br>Plaintiff,<br><br>vs.<br><br>**JASON THURAU, JOHN DUPRAY, DANIEL J. ACCIAVATTI,** and **MARLISA BEAUCHEMIN,**<br><br>Defendants. | 2:20-CV-12010-TGB-DRG |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge David R. Grand's Report and Recommendation (ECF No. 36), it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  July 23, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE